# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| **CARLOS QUILES,** | ) | |
| | ) | |
| **Defendant-Below,** | ) | |
| **Appellant,** | ) | **Court Below— Court of Common** |
| | ) | **Pleas of the State of Delaware** |
| **v.** | ) | |
| | ) | **ID No. 1512018576** |
| **STATE OF DELAWARE,** | ) | |
| | ) | |
| **Plaintiff-Below,** | ) | |
| **Appellee.** | ) | |

Submitted: September 25, 2018
Decided: October 11, 2018

## ORDER

It appears to the Court that, on August 15, 2018, the Deputy Prothonotary issued a notice of brief schedule to the parties. A final delinquent brief notice was issued to the appellant on September 12, 2018. The appellant failed to respond to that notice and to file his opening brief and appendix as required; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Superior Court Criminal Rule 57(d) and Civil Rule 107 (f), that the appeal is **DISMISSED**.

_____
**Paul R. Wallace, Judge**

Original to Prothonotary

cc:     Mr. Carlos Quiles, *pro se*